UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANTUAN L. BURRESS, | : | Case No. 1:14-cv-391 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Stephanie K. Bowman |
| HAMILTON COUNTY OFFICE OF CHILD SUPPORT AND ENFORCEMENT, *et al.*, | : | |
| Defendants. | : | |

**DECISION AND ENTRY ADOPTING
THE REPORT AND RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE (Doc. 4)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio, Western Division, to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on June 4, 2014, submitted a Report and Recommendation.  (Doc. 4).  By Notation Order dated July 16, 2014, this Court granted Plaintiff an extension of time through August 22, 2014 to file objections to the Report and Recommendation.  Plaintiff filed such Objections on August 12, 2014.  (Doc. 7).

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the relevant filings in this matter.  Upon consideration of the foregoing, the Court does

determine that such Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1. The Report and Recommendation (Doc. 4) is hereby **ADOPTED**;

2. Plaintiff's Complaint (Doc. 3) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B);

3. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that for the reasons stated in the Report and Recommendation (Doc. 4), an appeal of any Order adopting it would not be taken in good faith, *see McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997); and

4. The Clerk shall enter judgment accordingly, whereupon this case is **CLOSED** in this Court.

    **IT IS SO ORDERED**.

Date: 8/14/14                         */s/ Timothy S. Black*
                                                     Timothy S. Black
                                                     United States District Judge